UNITED STATES DISRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CYNTHIA GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CV-17-0382-CVE-FHM |
| vs. | ) | |
| | ) | |
| GREEN COUNTRY STAFFING, INC., a | ) | |
| domestic for profit corporation, TULSA'S | ) | |
| GREEN COUNTRY STAFFING | ) | |
| HOLDING, LLC, a domestic limited | ) | |
| liability company, TULSA'S GREEN | ) | |
| COUNTRY STAFFING, LLC, a domestic | ) | |
| limited liability company, and INFINITE | ) | |
| PACKAGING GROUP, Inc., a foreign for | ) | |
| profit business corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Cynthia Graves and Defendants Green Country Staffing, Inc., Green Country Staffing Holding, LLC, Tulsa's Green Country Staffing, LLC and Infinite Packaging Group, Inc., by and through their counsel of record, and pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate that any and all claims by Plaintiff as to all Defendants in the above-styled and numbered action shall be, and hereby are dismissed in their entirety with prejudice without any finding of wrongdoing. This Dismissal with Prejudice shall apply to all claims by Plaintiff that were, or which could have been asserted against any Defendants in this action. Each party shall bear their respective attorney fees and costs.

APPROVED:

_s/David Warta_
David Warta
Smolen Smolen & Roytman, PLLC
701 S Cincinnati Ave.
Tulsa, OK 74119
davidwarta@ssrok.com
_Attorneys for Plaintiff_

_s/Charles S. Plumb_
Charles S. Plumb, OBA #7194
Anna C. Proctor, OBA # 32449
2 West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone (918) 587-0000
Facsimile (918)599-9317
charlie.plumb@mcafeetaft.com
anna.proctor@mcafeetaft.com
_Attorneys for Defendant Infinite Packaging
Group, Inc._

_s/Mark A. Waller_
Mark A. Waller
WALLER JORGENSON WARZYNSKI, PLLC
401 South Boston Avenue, Suite 500
Tulsa, OK 74103
mwaller@wjwattorneys.com
_Attorneys for Green County Staffing Inc.,
Green County Staffing Holdings,
LLC,  and Tulsa's Green Country Staffing, LLC_